TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED

2025 APR 16  PM 2: 18

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-01887 TUC-SHR(MAA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **I N D I C T M E N T** |
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Felon in Possession of a Firearm) Count One |
| Clay Justin Crouch, | |
| Defendant. | 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c) Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about February 7, 2025, in the District of Arizona, defendant CLAY JUSTIN CROUCH, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate commerce, to wit: one (1) Kimber, .45 ACP caliber, semiautomatic pistol.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Count One of this Indictment, defendant, CLAY JUSTIN CROUCH, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not

limited to: one (1) Kimber, .45 ACP caliber, semiautomatic pistol, bearing serial number KR188723.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant(s) up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure..

A TRUE BILL

/ S /

_____
FOREPERSON OF THE GRAND JURY
Dated: April 16, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/ S /

ADAM D. ROSSI
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Clay Justin Crouch*
*Indictment Page 2 of 2*