**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Clay Justin Crouch** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>**No. CR-25-01887-001-TUC-JCH (LCK)**<br><br>Adam Netel Bleier (CJA)<br>Attorney for Defendant |

USM#: 15668-196

**THE DEFENDANT ENTERED A PLEA OF** guilty on 10/1/2025 to the Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 18, U.S.C. §922(g)(1) and 924(a)(8), Felon in Possession of a Firearm, a Class C Felony offense, as charged in the Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **TWENTY-FOUR (24) MONTHS to run concurrent to the sentence imposed in CR-25-1886-TUC-JCH-LCK**, with credit for time served.

Forfeiture: The defendant's interest in the following property shall be forfeited to the United States: 127 rounds of .223-caliber ammunition; 80 shotgun shells; 46 rounds of .45-caliber ammunition; and one Kimber .45-caliber pistol (serial number KR188723).

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $100.00    **FINE:** WAIVED    **RESTITUTION:** N/A

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

The defendant shall pay a special assessment of $100.00 which shall be due immediately.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $100.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Count 1 of the Indictment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, (10) costs, including cost of prosecution and court costs.

CR-25-01887-001-TUC-JCH (LCK)                                          Page 2 of 2
USA vs. Clay Justin Crouch

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court orders commitment to the custody of the Bureau of Prisons and recommends that the defendant be placed in an institution in or near District of Arizona.

Date of Imposition of Sentence:  **Tuesday, December 16, 2025**
        Dated this 16th day of December, 2025.

John C. Hinderaker
United States District Judge

**RETURN**

I have executed this Judgment as follows:

_____

, the institution

defendant delivered on _____ to _____ at _____

designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

_____

United States Marshal                    By:        Deputy Marshal

CR-25-01887-001-TUC-JCH (LCK)- Crouch          12/17/2025 - 10:32 AM